IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 24, 2007

Charles R. Fulbruge III
Clerk

No. 06-51083
Conference Calendar

PHILIP DOYLE BRIDGES

Plaintiff-Appellant

v.

SOCIAL SECURITY ADMINISTRATION; VETERANS AFFAIRS
DEPARTMENT

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:05-CV-652

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Philip Doyle Bridges appeals the dismissal of his claims for disability benefits he alleges are due from the Veterans Administration (VA) and for the reimbursement of Medicare premiums he alleges are due from the Social Security Administration (SSA). The district court dismissed the claims for lack of jurisdiction, and Bridges has waived appeal of the jurisdictional issues by

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

failing to address them in his brief. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).

In any event, the district court correctly dismissed the claim against the VA for lack of subject matter jurisdiction under 38 U.S.C. § 511. See Zuspann v. Brown, 60 F.3d 1156, 1158-60 (5th Cir. 1995). The district court also lacked jurisdiction over the claim against the SSA because that claim had not been administratively exhausted. See 42 U.S.C. § 405(g); Mathews v. Eldridge, 424 U.S. 319, 327-28 (1976).

The judgment of the district court is AFFIRMED.